# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RITCHIE N. STEVENS and JULIE KEEN-STEVENS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LL BRADFORD, INC., UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No.  2:12-cv-00030-ECR-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated January 9, 2012, required the parties to file a Joint Status Report regarding removed action no later than February 11, 2012.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **March 5, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2 | imposed.
3 |     DATED this 22nd day of February, 2012.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge