DANIEL BOGDEN
United States Attorney
ROGER WENTHE
Assistant United States Attorney
District of Nevada
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
E-mail: roger.wenthe@usdoj.gov

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6484
E-mail: virginiacronan.lowe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITCHIE N. STEVENS and JULIE KEEN-STEVENS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LL BRADFORD, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Civil No.  2:12-cv-30 ECR-GWF<br><br>***ORDER RE:***<br><br>JOINT MOTION TO CONTINUE DEADLINE |

　　　Defendant, the United States of America, and the plaintiffs, Ritchie N. Stevens and Julie Keen-Stevens, by and through their undersigned counsel, hereby move the Court to continue the deadline to file a Discovery Plan and Scheduling Order until after the Court rules on the pending motion to dismiss filed in this matter.  The parties set forth the following in support of this motion:

　　　1. Plaintiffs brought this action in Nevada state court to quash an Internal Revenue Service

summons served on defendant LL Bradford, Inc.  The United States removed this matter to this Court on January 9, 2012.

2. On February 16, 2012, the United States filed a motion to dismiss based on lack of subject matter jurisdiction and the plaintiffs filed a response on March 2, 2012.

3. The parties respectfully request that in the interest of judicial economy and conserving resources the deadline to file the Discovery Plan and Scheduling Order be continued until after the Court rules on the pending motion to dismiss this matter.

4. Counsel for defendant LL Bradford, Inc., Louis E. Garfinkel, stated that he had no opposition to the instant motion.

WHEREFORE, the parties respectfully request that the deadline to file the Discovery Plan and Scheduling Order be continued until 10 days after the Court rules on the pending motion to dismiss, if necessary.

| | |
|---|---|
| DANIEL BOGDEN<br>United States Attorney | THORNDAL, ARMSTRONG, DELK,<br>BALKENBUSH & EISINGER |
| /s/ Virginia Cronan Lowe<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br><br>Attorneys for United States of America | /s/ Philip Goodhart<br>PHILIP GOODHART<br>Nevada Bar No. 5332<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89125<br>Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated: April 24, 2012

GEORGE FOLEY, JR.
United States Magistrate Judge

1
2                           CERTIFICATE OF SERVICE
3     IT IS HEREBY CERTIFIED that service of the foregoing JOINT MOTION TO CONTINUE
4  DEADLINE has been made this 23rd day of April, 2012, by depositing a copy thereof in the United States
5  Mail in a postage prepaid envelope addressed to:

   Louis E. Garfinkel, Esq.
   LEVINE GARFINKEL & KATZ
   3441 S. Eastern Avenue
   Suite 600
   Las Vegas, Nevada 89169

                                    /s/ Virginia Cronan Lowe
                                   VIRGINIA CRONAN LOWE
                                   Trial Attorney, Tax Division
                                   U.S. Department of Justice

- 3 -